FILED: June 17, 2015

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 15-4220
(5:13-cr-00064-RLV-DSC-1)
_____

UNITED STATES OF AMERICA,

    Plaintiff – Appellee,

v.

TASKEEN LAWRENCE TYLER,

    Defendant – Appellant.

_____

O R D E R

_____

The court vacates the order entered on June 16, 2015 as improvidently issued.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk